ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2013 AUG 13 PM 2:55
CLERK _C Adams_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| SHUN ALMOND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 313-037 |
| ) | |
| WILLIAM DANFORTH, Warden, Telfair ) | |
| State Prison, ) | |
| ) | |
| Defendant. ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** without prejudice, and this civil action is **CLOSED**.

SO ORDERED this 13th day of August, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE